EXHIBIT 2

In The United States District Court
For The Middle District of Pennsylvania

Gordon C Reed
    Plaintiff

v.                         Civ. No. 3:18-CV-2101

Mark Inch, Director, et al.,
    Defendants.

FILED SCRANTON JUL 0 5 2019 Per: AM DEPUTY CLERK

Plaintiff's Request For Production of Documents
And Tangible Things

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests Defendants produce the following items:

    1. All administrative remedies and responses relating to the application of full restraints between March 20, 2010 and March 22, 2018, filed in the Federal Bureau of Prisons.

    2. All administrative tort claims and responses relating to the application of full restraints between March 21, 2010, and March 22, 2018, filed in the Federal Bureau of Prisons.

    3. All policy statements, regulations and orders relating to the application of full restraints that were in effect on March 20, 2018, through March 22, 2018, in the Federal Bureau of Prisons.

4. All documents relating to Plaintiff's placement in full restraints on March 20, 2018.

5. All documents related to Plaintiff's continued placement in full restraints from March 20, 2018 to his release therefrom on March 21, 2018.

6. All documents relating to any and all disciplinary proceedings arising out of any and all charges of misconduct against Plaintiff on March 20, 2018.

7. All documents in Plaintiff's medical file beginning March 19, 2018, and ending March 23, 2019.

8. All documents relating to allegations of misconduct against Lieutenant Scampone during his employment in the Federal Bureau of Prisons.

9. A copy of the Daily Roster for USP Lewisburg on March 20, 2018, and March 21, 2018.

10. All documents relating to allegations of misconduct against A. Gilligan during his employment by BOP.

11. All documents relating to allegation(s) of misconduct against Jessie Ayers during her employment by BOP.

12. A copy of all video and audio recordings of Plaintiff taken on March 20, 2018.

13. A copy of all photographs and video recordings of Plaintiff taken on June 20, 2018.

14. A copy of all photographs and video recordings of Plaintiff taken on June 22, 2018.

15. A copy of any other document or thing related to Plaintiff's placement and continued placement in full restraints beginning on March 20, 2018, and ending March 21, 2018, not specifically requested above.

Pursuant to Federal Rule of Civil Procedure, Rule 34(b)(2)(A), Plaintiff respectfully requests Defendants Mark Zinch, David

J. Ebbert, J. Rhodes, (FNU) Scampone, Jessie Byers, and R. Gilligan respond within thirty (30) days with the above-requested documents and things at: Gordon C. Reid, Reg. No. 02548-049, United States Penitentiary, P.O. Box 1000, Lewisburg, PA 17837, in a package clearly labelled "Special Mail - Open only in the presence of the inmate."

Respectfully submitted by

Dated: April 11, 2019

Gordon C. Reid
Gordon C. Reid
P.O. Box 1000
Lewisburg, PA 17837



Inmate Name: Gordon Reid
Register Number: 02590-049
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Special Mail
(Legal: Do not open.)

RECEIVED
SCRANTON
01 JUL 2019

JUL 05 2018
DEPUTY CLERK

Clerk of Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148