UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON C. REID,** : | |
|  : | **CIVIL ACTION NO. 3:18-2101** |
| **Plaintiff** : | |
|  : | **(JUDGE MANNION)** |
| **v.** : | |
|  : | |
| **MARK INCH,** *et al.*, : | |
|  : | |
| **Defendants** : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for leave to file a second amended complaint (Doc. 103) is **GRANTED**.

2. Plaintiff's proposed amended complaint (Doc. 105) is accepted as filed.

3. The Clerk of Court is directed to amend the caption of the docket sheet to reflect only the Defendants named in Plaintiff's second amended complaint.

4. The Clerk of Court is directed to serve the second amended complaint on the Defendants named therein.

5. Defendants' motion to dismiss and for summary judgment (Doc. 31) are **DISMISSED** without prejudice to renewal, after service of the amended complaint.

6. Plaintiff's second motion for an extension of time to file a brief in opposition to Defendants' motion to dismiss and for summary judgment (Doc. 59) is **DISMISSED** as moot.

7. Plaintiff's motion to waive briefing requirement with respect to motion for order compelling return of documents (Doc. 61), and motion to withdraw motion for order compelling return of documents (Doc. 64), are **DISMISSED** as moot.

8. Plaintiffs' motion for enlargement of time to complete discovery (Doc. 63), motion for reconsideration of this Court's order on Plaintiff's motion for extension of time to complete discovery (Doc. 70), motion for order compelling discovery (Doc. 72) and motion for hearing and adjudication of Plaintiff's motion for order compelling disclosures (Doc. 107) are **DISMISSED WITHOUT PREJUDICE**.

9. Plaintiff's motion for procedural order (Doc. 101) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 28, 2020**
18-2101-01-ORDER